UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IRON WORKERS ST. LOUIS DISTRICT COUNCIL ANNUITY TRUST, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 4:14-CV-1298-JAR ) |
| MILLER BUILDING GROUP, LLC, et al., | ) ) |
| Defendants. | ) |

**SUPPLEMENTAL MEMORANDUM, ORDER AND JUDGMENT**

The Court is in receipt of counsel's affidavit filed in support of Plaintiff's motion for post-judgment attorney's fees. (Doc. No. 13) The Court granted Plaintiff's request for an award of attorneys' fees and costs incurred in bringing their motion for contempt in its Order of March 27, 2015. (Doc. No. 12)

Counsel states that attorneys in his firm expended a total of 2.1 hours related to the filing of Plaintiffs' Motion for Contempt and that his client is billed at an hourly rate of $250.00. (Affidavit of Michael A. Evans, Doc. No. 13-1 at ¶¶ 2-3) The necessary services performed include: "drafting and filing motion for contempt, arranging that court order setting hearing was served upon defendant, and preparing for and attending contempt hearing." (Id. at ¶ 4) In connection with this matter, counsel states his firm expended a total of $575.00, including $50.00 in connection with the service of the Court's Order upon Defendant.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Post-Judgment Attorney's Fees [13] is **GRANTED**. Judgment for attorney's fees and costs in the amount of $575.00 is entered in favor of Plaintiffs and against Defendant.

**IT IS FURTHER ORDERED** that Plaintiffs shall effect service of this Order and the Court's Orders of January 12, 2015 (Doc. No. 7) and March 27, 2015 (Doc. No. 12) on Defendant by whatever means they believe to be most effective, and shall promptly file a certificate of such service.

Dated this 30th day of March, 2015.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**